UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| J. ANTONIO RAFER ANTONIO TONY PARKER MOSES MUINA,<br><br>Plaintiff,<br><br>v.<br><br>CYPRESS URGENT CARE CLINIC KATELLA AVENUE ANAHEIM, et al.,<br><br>Defendants. | Case No. SACV 15-989 RGK(JC)<br><br>(PROPOSED)<br><br>ORDER DISMISSING ACTION |

As plaintiff has failed timely to (a) pay the full filing fee or to submit a completed Request to Proceed In Forma Pauperis; and (b) file a First Amended Complaint, as directed by the Court's October 14, 2015 Order, and as plaintiff has already been cautioned that his failure to do so would result in the dismissal of this action, IT IS HEREBY ORDERED that this action is dismissed.

IT IS SO ORDERED.

DATED: December 7, 2015

_____
HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE